IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHARLOTTE R. WEISS,

    Plaintiff,

vs.                                                                                                                 No. CIV 10-0799 JB/ACT

BRIAN CLARK and
DEBRA CLARK DOMINGUEZ,

    Defendants.

## ORDER

**THIS MATTER** comes before the Court on the Magistrate Judge's Analysis and Recommended Disposition, filed September 22, 2010 (Doc. 6). No objections were filed.

**IT IS ORDERED** that: (I) the Magistrate Judge's Analysis and Recommended Disposition is hereby adopted by the Court; and (ii) that the Plaintiff's Complaint of Damages, filed August 25, 2010 (Doc. 1), is dismissed without prejudice.

                                                          _____
                                                            UNITED STATES DISTRICT JUDGE

*Parties:*

Charlotte R. Weiss
Albuquerque, New Mexico

    *Plaintiff pro se*