IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHARLOTTE R. WEISS,

    Plaintiff,

vs.                                                        No. CIV 10-0799 JB/ACT

BRIAN CLARK and
DEBRA CLARK DOMINGUEZ,

    Defendants.

## ORDER TO SHOW CAUSE

**THIS MATTER** comes before the Court on the Magistrate Judge's Analysis and Recommended Disposition, filed September 22, 2010 (Doc. 6). The Court has adopted the United States Magistrate Judge's proposed findings and recommended disposition. See Order, filed October 31, 2010 (Doc. 7).

Plaintiff Charlotte R. Weiss has twenty days from the entry of this Order to show cause why the Court should not impose the following filing restrictions upon her:

**West will be required -- any time she wants to file suit in the United States District Court for the District of New Mexico against any person -- to send a letter to the Court, not to exceed ten pages in length, explaining: (I) against whom she seeks to assert claims; (ii) what claims she seeks to assert; (iii) whether she has counsel or is again proceeding pro se; (iv) whether she intends to proceed in forma pauperis or rather plans to pay her filing fee; and (v) how, if at all, the suit she seeks to file relates to the prior suits that have been dismissed. The Chief United States Magistrate Judge will review the letter and, if the Court concludes that the suit Weiss seeks to file involves a viable federal question, a federal defendant, or diverse parties and the requisite minimum amount in controversy, the Court will order that the restrictions be lifted with respect to that suit. If Weiss attempts, however, to file another suit in this District without first seeking prior permission, the Clerk of the Court will return the Complaint to Weiss without filing it.**

**IT IS ORDERED** that Plaintiff Charlotte R. Weiss has twenty day from the entry of this Order to show cause why the Court should not impose filing restrictions upon her. If she does not respond to the Order to Show Cause, the filing restrictions stated above shall go into effect without further order from the Court.

_____
UNITED STATES DISTRICT JUDGE

*Parties:*

Charlotte R. Weiss
Albuquerque, New Mexico

    *Plaintiff pro se*